UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Angel Luis Concepcion Ramos, et al.    CIVIL NO. 98-1246 (DRD)

v.

Defendant(s) Dr. Waldo Santiago, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 31 | ☒ GRANTED. |
| Date: November 23, 1999 | ☐ DENIED. |
| Title: Motion Requesting Settlement Conference | ☐ MOOT. |
| | ☐ NOTED. |
| Granted. The Court will hold a Settlement Conference on December 21, 1999 at 4:30 p.m. Attendance is required and parties shall come prepared. IT IS SO ORDERED. | |

RECEIVED AND FILED
99 DEC -9 AM 8:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: 12/07/99.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE