UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL LUIS CONCEPCION RAMOS, et al.,
    Plaintiffs

v.    CASE NUMBER: 98-1246 (DRD)

DR. WALDO SANTIAGO, et al.,
    Defendants

## ORDER

    The Plaintiffs, on February 2, 2000, filed a Partial Settlement and Release (Docket No. 36), announcing a settlement between Plaintiffs and Defendant, Dr. Waldo Santiago, his wife and conjugal partnership, and although it is not a party to this action his insurer, SIMED. Thereafter, on March 9, 2000, Plaintiffs filed a Motion Requesting the Dismissal with Prejudice only as to Co-defendant Dr. Waldo Santiago (Docket No. 38), requesting the dismissal with prejudice Defendant Dr. Waldo Santiago, his wife and conjugal partnership, and although it is not a party to this action his insurer, SIMED. No opposition has been filed. Wherefore, the Court **GRANTS** the Plaintiffs' motion (Docket No. 38), and therefore, the Court pursuant to Fed.R.Civ.P. 41(a)(2) **DISMISSES WITH PREJUDICE** Defendant Dr. Waldo Santiago, his wife and conjugal partnership, and his insurer, SIMED. Judgment shall be entered accordingly at the conclusion of these proceedings.
**IT IS SO ORDERED.**

Date: May 3, 2000

P:\PEACHORD.ERS\98-1246.DIS

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:    EOD:

By:      # 39