UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL LUIS CONCEPCION RAMOS, et al.,
    Plaintiffs

v.                                          CASE NUMBER: 98-1246 (DRD)

DR. WALDO SANTIAGO, et al.,
    Defendants

## ORDER

    The Plaintiffs and Co-defendants, Hospital San Carlos, and Aguadilla Medical Services Inc., have filed a Final Settlement and Release (Docket No. 41), requesting the Court to enter a final and unappealable judgment dismissing this case with prejudice against said Co-defendants. Also, Plaintiffs filed a Motion Requesting the Dismissal with Prejudice of the EMTALA Claims Only, as to Co-defendant Hospital San Carlos, Inc. (Docket No. 40). The Court, pursuant to Fed.R.Civ.P. 41, **GRANTS** the parties' motions. (Docket Nos. 40 & 41). Previously, the Court dismissed with prejudice Defendant Dr. Waldo Santiago, his wife and conjugal partnership, and his insurer, SIMED. (Docket No. 39). Wherefore, this case is **DISMISSED WITH PREJUDICE**.
**IT IS SO ORDERED.**

Date: May 30, 2000                                         DANIEL R. DOMINGUEZ
P:\PEACHORD.ERS\98-1246A.DIS                       U.S. DISTRICT JUDGE

Rec'd:        EOD:

By:        #

