ENTERED ON DOCKET
5/31/00 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL LUIS CONCEPCION RAMOS, et al.,
    Plaintiffs

v.                                                  CASE NUMBER: 98-1246 (DRD)

DR. WALDO SANTIAGO, et al.,
    Defendants

## JUDGMENT

In accordance with the Order of this same date, this case is **DISMISSED WITH PREJUDICE**.
IT IS SO ADJUDGED AND DECREED.

Date: May 30, 2000                                             DANIEL R. DOMINGUEZ

P:\PEACHORD.ERS\98-1246A.DIS                         U.S. DISTRICT JUDGE

Rec'd:       EOD:

By: